IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN AUGUSTIN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. |
| SOLID SOURCE REALTY, INC., | ) 1:11cv-01522-CAP |
| Defendant. | ) |

## ORDER OF DISMISSAL

Upon consideration of the parties' Joint Motion for Approval of Settlement Agreement and Stipulation of Dismissal, it is hereby ADJUDGED and ORDERED:

1. The settlement is deemed fair and reasonable to all parties, and it is hereby approved by the Court.

2. Plaintiffs' claims are hereby dismissed with prejudice and the parties shall bear their own costs.

3. The Court hereby retains jurisdiction over this action and the settlement thereof.

4. The Clerk is hereby directed to close this case.

SO ORDERED, this 13th day of February, 2012.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge